MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
335 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**MATTHEW ZIGLAR**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MATTHEW ZIGLAR,<br><br>　　　　　Defendant. | Case No. 6:16-mj-054-MJS<br><br>**WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON**<br><br>Date:　August 24, 2016<br>Time:　9:00 A.M.<br>Dept:　Yosemite Magistrate Court |

TO THE ABOVE-ENTITLED COURT:

The Defendant MATTHEW ZIGLAR ("Mr. Ziglar") having been advised of his right to be present at all stages of proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right to be present at the hearing of any motion or other proceeding in this cause. Examples of hearings concerning which the defendant waives the right to be present include initial appearance, when the case is set for trial, when a continuance is ordered, during a plea or change of plea, during sentencing or any case disposition, when a motion for reduction of bail or for a personal recognizance release is heard.

The undersigned Defendant requests the Court to proceed during every absence of the Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest

is represented at all times by the presence of his attorney the same as if the Defendant were personally present in court, and further agrees that notice to Defendant's attorney that Defendant's presence in court on a particular day at a particular time is required is notice to the Defendant of the requirement of Defendant's appearance at that time and place.

Mr. Ziglar is 33 years old and has no prior criminal record.

Mr. Ziglar currently resides in San Diego, California.  The distance from his home to the court located at Yosemite National Park (YNP) is approximately 850 miles.  He was on vacation at YNP when this incident occurred.

Mr. Ziglar would suffer a number of professional, personal and financial hardships if he had to return to YNP for the arraignment or make personal appearances for status conferences.

He is currently employed at NuVasive, Inc.  He is the Senior Associate Product Manager.

Mr. Ziglar's job duties include, but are not limited to, the following: Managing a line of medical products (spine implants), the day-to-day progress of the product and coordinate technical product development. All finance and engineering of the products go through him first.

In order to attend court, he would have to miss at least three days of work for travel and attendance at the court hearing.

The travel expenses he would have to incur would include rental car expenses and gas to travel to and from the park, as well as lodging and meals.

Accordingly, Mr. Ziglar requests a telephonic initial appearance and a waiver of personal appearance at all status conferences.

Counsel has been informed by Matthew McNease that the Park Service is not objecting to Mr. Ziglar appearing via Rule 43 waiver.

DATED: July 17, 2016                                         /s/ Matthew Ziglar_____
                                                             Matthew Ziglar, Defendant


DATED: August 8, 2016                                        /s/ Michael E. Mitchell_____
                                                             Michael E. Mitchell
                                                             Attorney for Defendant

**ORDER**

**THERE BEING NO OBJECTIONS AND GOOD CAUSE APPEARING,** the Requested Rule 43 Waiver in 6:16-MJ-054-MJS is hereby granted. Defendant need not appear personally at hearings before this Court in this matter unless he wishes to enter a guilty plea, the case goes to trial, or the Court otherwise Orders.

IT IS SO ORDERED.

Dated:   August 8, 2016                         /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE