MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
335 W. Shaw Avenue, Suite A
Fresno, California 93704

Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
 **MATTHEW ZIGLAR**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-mj-054-MJS |
| Plaintiff, | **WAIVER OF DEFENDANT'S PERSONAL PRESENCE; REQUEST TO APPEAR VIA VIDEO CONFERENCING; ORDER THEREON** |
| vs. | |
| MATTHEW ZIGLAR, | |
| Defendant. | Date:  January 25, 2017<br>Time:  10:00 a. m.<br>Dept:  Yosemite Magistrate Court |

TO THE ABOVE-ENTITLED COURT:

The Defendant MATTHEW ZIGLAR ("Mr. Ziglar") will enter a plea to a charge of wet reckless driving, TITLE 36 CFR § 4.2(b), incorporating Cal Veh. Code § 23103 pursuant to Veh. Code § 23013.5.

Mr. Ziglar, has advised of his right to be present at all stages of proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right to be present at the hearing of any motion or other proceeding in this cause.  Examples of hearings concerning which the defendant waives the right to be present include initial appearance, when the case is set for trial, when a continuance is ordered, during a plea or change of plea, during sentencing or

any case disposition, when a motion for reduction of bail or for a personal recognizance release is heard.

The undersigned Defendant requests the Court to proceed during every absence of the Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest is represented at all times by the presence of his attorney the same as if the Defendant were personally present in court, and further agrees that notice to Defendant's attorney that Defendant's presence in court on a particular day at a particular time is required is notice to the Defendant of the requirement of Defendant's appearance at that time and place.

Mr. Ziglar is 33 years old and has no prior criminal record.

Mr. Ziglar currently resides in San Diego, California. The distance from his home to the court located at Yosemite National Park (YNP) is approximately 850 miles. He was on vacation at YNP when this incident occurred. He is unable to appear in person at the scheduled hearing on January 25, 2017 at 10:00 a.m., due to a number of reasons.

Mr. Ziglar would suffer a number of professional, personal and financial hardships if he had to return to YNP for the plea hearing.

He is currently employed at NuVasive, Inc. He is the Senior Associate Product Manager.

Mr. Ziglar's job duties include, but are not limited to, the following: Managing a line of medical products (spine implants), the day-to-day progress of the product and coordinate technical product development. All finance and engineering of the products go through him first.

In order to attend Court, he would have to miss at least three days of work for travel and attendance at the Court hearing.

The travel expenses he would have to incur would include rental car expenses and gas to travel to and from the park, as well as lodging and meals.

Accordingly, Mr. Ziglar requests to appear via video conference from a United States District Court near his home in San Diego, California to enter his plea and be sentenced on January 25, 2017.

Counsel has been informed by Susan St. Vincent that the Park Service is not objecting to Mr. Ziglar appearing via Rule 43 waiver.

DATED: December 22, 2016        /s/ Matthew Ziglar_____
                                Matthew Ziglar, Defendant


DATED: December 22, 2016        /s/ Michael E. Mitchell_____
                                Michael E. Mitchell
                                Attorney for Defendant


## ORDER

**GOOD CAUSE APPEARING,** the Court Grants Defendant's request for a Rule 43 waiver of appearance on January 25, 2017 at 10:00 a.m. to enter a plea and be sentenced in case number 6:16-MJ-054-MJS on the condition that he and his counsel successfully arrange to have Defendant appear at said hearing via the Court's existing secure video conferencing network and equipment at a U.S. District Court and that the written plea agreement be received by the court three (3) days prior to the hearing.

IT IS SO ORDERED.

Dated:   January 11, 2017            /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE