**FILED**
JAN 17 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# United States District Court
## Eastern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **FIRST AMENDED CRIMINAL COMPLAINT** |
| V. | |
| **MATTHEW WILLIAM ZIGLAR** | **DOCKET NUMBER:** 6:16-mj-054-MJS |

I, acting legal officer Matthew McNease, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Matthew William ZIGLAR, did:

**Count 1:** Fail to comply with the directions of a traffic control device, in violation of Title 36 Code of Federal Regulations § 4.12
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Operate or be in actual physical control of a motor vehicle while under the influence of alcohol, or a drug, or any combination thereof, to a degree that renders the operator incapable of safe operation, in violation of Title 36 Code of Federal Regulations § 4.23(a)(1)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 3:** Operate or be in actual physical control of a motor vehicle while the alcohol concentration in the operators blood or breath is 0.08 grams or more of alcohol per 100 milliliters of blood or 0.08 grams or more of alcohol per 210 liters of breath, in violation of Title 36 Code of Federal Regulations § 4.23(a)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 4:** Driving recklessly upon a highway in willful or wanton disregard for the safety of persons or property where alcohol or drugs was a factor, in violation of Title 36 Code of Federal Regulations § 4.2, incorporating California Vehicle Code § 23103, pursuant to CVC § 23103.5
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

Speedy Trial Act Applies: **No**

U.S. v. Matthew William Ziglar
Criminal Complaint

I further state that I am the legal officer and that this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On May 23, 2016, at approximately 2216 hours, Ranger Jason Montoya was on patrol in Yosemite National Park traveling westbound on Southside Drive approaching the Happy Isles Loop. Ranger Montoya observed a silver KIA SUV approach the intersection and proceed through at approximately 15-20 MPH without stopping at the posted stop sign. Ranger Montoya followed the vehicle northbound on Happy Isles Loop over Clark's Bridge and into the North Pines Campground.

Ranger Montoya performed a vehicle stop near the North Pines kiosk and identified the driver of the vehicle as Matthew William ZIGLAR.

When Ranger Montoya informed ZIGLAR that he was stopped for failing to stop at a stop sign, ZIGLAR stated "Sorry." Ranger Montoya asked ZIGLAR how much he had to drink. ZIGLAR stated "None." While speaking with ZIGLAR Ranger Montoya could smell the distinct odor of alcoholic beverages emanating from the passenger compartment of the vehicle.

Ranger Montoya asked ZIGLAR to recite the alphabet from E to R without singing. ZIGLER recited the alphabet from E to P missing Q and R. Ranger Montoya asked ZIGLER to count from 35 to 54. ZIGLAR was able to correctly count from 35 to 54. Ranger Montoya asked ZIGLAR to exit the vehicle in order to perform Standardized Field Sobriety Tests.

ZIGLAR exited the vehicle and Ranger Montoya observed that ZIGLAR had watery eyes with dilated pupils and smelled strongly of alcoholic beverages emanating from his person. ZIGLAR displayed the following signs of intoxication on the horizontal gaze nystagmus test: lack of smooth pursuit in both eyes, distinct and sustained nystagmus at maximum deviation in both eyes, and nystagmus prior to 45 degrees in both eyes.

ZIGLAR also was unable to make the correct turn on the walk and turn test, he missed the heel to toe on the steps, and took an incorrect number of steps. ZIGLAR did not submit to a preliminary breath test.

ZIGLAR was placed under arrest and transported to the Yosemite Holding Facility. ZIGLAR submitted to an evidentiary breath test which registered 0.10% at 2335 hours and 0.11% at 2338 hours.

Speedy Trial Act Applies: **No**                          U.S. v. Matthew William Ziglar
                                                          Criminal Complaint

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

___1/17/17___
Date

___[signature]___
Susan St. Vincent
Acting Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

___1/17/17___
Date

___[signature]___
Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

Speedy Trial Act Applies: **No**

U.S. v. Matthew William Ziglar
Criminal Complaint