1  Susan St. Vincent
2  Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California 95389
   Telephone: (209) 372-0241
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW WILLIAM ZIGLAR,<br><br>Defendant. | No. 6:16-MJ-0084-MJS<br><br>STIPULATION TO EXTEND PROBATIONARY PERIOD AND CONTINUE REVIEW HEARING; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Matthew Ziglar, by and through his attorney of record, Michael E. Mitchell, that the period of unsupervised probation be extended by one month to February 24, 2018 and the review hearing in the above-captioned matter set for December 19, 2017 be continued to January 23, 2018 at 10:00 a.m.

On January 25, 2017, the defendant plead guilty to a violation of California Vehicle Code §23103.5, wet/reckless driving. He was sentenced to 12 months of unsupervised probation with the conditions he pay $1000 fine, attend and complete the DMV wet/reckless course, and obey all laws. A review hearing was set for December 19, 2017. As the Court is not available on December 19, 2017, the parties are in agreement that the review hearing be continued to January 23, 2018 and probation be

extended to February 24, 2018 with the same terms and conditions..

Dated: November 2, 2017        /S/ Susan St. Vincent_____
Susan St. Vincent
Legal Officer
Yosemite National Park

Dated: November 2, 2017        /S/ Michael E. Mitchell\_
Michael E. Mitchell
Attorney for Defendant
Uriel Gutierrez

**ORDER**

The Court accepts the above Stipulation and adopts its terms as the Order of this court. Accordingly, probation in the matter of U.S. v. Ziglar, Case 6:16-mj-0054-MJS is extended until February 23, 2018 with all the same conditions as originally imposed and the review hearing currently set for December 19, 2017, is continued to January 23, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  November 5, 2017         /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE